1  NICK I. IEZZA, SBN 128570
   SPIWAK & IEZZA
2  555 Marin Street, Suite 140
   Thousand Oaks, CA 91360
3  (805) 777-1175
   Refer to File No: 758.114
4
   Attorneys for Creditor,
5  INFINITY CAPITAL ADVISORS, INC.

MAY 22 '09 AM 10:07 USB

6              **UNITED STATES BANKRUPTCY COURT**

7              **DISTRICT OF MASSACHUSETTS**

8  IN RE:                              )   CASE NO. 09-12256
                                       )
9  PETER GILMORE Individually, and dba )
   GILMORE BOATING                     )   **REQUEST FOR SPECIAL NOTICE**
10                                     )
                                       )
11         Debtor.                     )
                                       )
12 _____)

13     **TO THE DEBTOR, TO ALL CREDITORS, AND TO ALL OTHER PARTIES IN**

14 **INTEREST:**

15     The undersigned hereby requests a copy of all notices sent by this Court to

16 creditors, equity security holders and creditor's committees, also be sent as set forth

17 below:

18 NICK I. IEZZA, ESQ. [758.098]]
   SPIWAK & IEZZA
19 555 Marin Street, Suite 140
   Thousand Oaks, CA 91360
20
       The undersigned represents INFINITY CAPITAL ADVISORS, INC.,
21
   a California Corporation, creditor of the above estate.
22
   DATED:    May 15, 2009            RESPECTFULLY SUBMITTED,
23                                   SPIWAK & IEZZA
24
                                     By: _____
25                                       NICK I. IEZZA

26

27

28

**1**
**REQUEST FOR SPECIAL NOTICE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF VENTURA

MAY 22'09 AM 10:07 USB

I, Susan Broccoli, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 555 Marin Street, Suite 140, Thousand Oaks, CA 91360.

On May 18, 2009, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Debtor:**   PETER GILMORE
32 Porazzo Road
Hull, MA 02045

**Attorney for Debtors:**   Simon Mann
Arnowitz & Goldberg
4 Charlesview Road
Suite 4
Hopedale, MA 01747

**Bankruptcy Trustee:**   Debora Casey
97 Whitting Street
Hingham, MA 02043

**U.S. Trustee:**   10 Causeway Street
Room 1184
Boston, MA 02222-1043
Phone: 617-788-0400

I placed such envelope with postage thereon fully paid in the United States mail at Thousand Oaks, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2009 at Thousand Oaks, California.

Susan Broccoli

2

**REQUEST FOR SPECIAL NOTICE**



ATTORNEYS AT LAW

555 MARIN STREET
SUITE 140
THOUSAND OAKS
CALIFORNIA 91360

TELEPHONE: (805) 777-1175
FACSIMILE: (805) 777-1168
EMAIL: SI@SPIWAKANDIEZZA.COM
WWW.SPIWAKANDIEZZA.COM

May 18, 2009

Clerk's Office
U.S. Bankruptcy Court
10 Causeway
Room 1101
Boston, MA 02222

MAY 22'09 AM 10:07 USB

  In Re: Peter Gilmore Individually and dba Gilmore Boating
    Case Number 09-12256
    Our file No. 758.098

Dear Clerk of the Court:

Enclosed please find an original and a copy of each of the following documents:

Request for Special Notice
Proof of Claim

I have included a return envelope for the conformed copies to be returned to our office.

Thank you for your cooperation. If you have any question please contact our office.

           Very truly yours,

           SPIWAK & IEZZA, LLP

         By: _____
           SUSAN BROCCOLI
           Paralegal

/slb
Encl